## NOT FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 04-1119

## GLENN DARREN LEGER AND RAMONA LEGER ELKINS

## VERSUS

## OPELOUSAS GENERAL HOSPITAL, ET AL.

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 04-C-1204-A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
## SYLVIA R. COOKS
## JUDGE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Jimmie C. Peters and J. David Painter, Judges.

**AFFIRMED.**

**Jack Patrick Harris**
**7918 Wrenwood Blvd., Suite A**
**Baton Rouge, LA 70809**
**(225) 927-7035**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Glenn Darren Leger and Ramona Leger Elkins**


**Nicholas Gachassin, Jr.**
**Holli K. Yandle**
**Gachassin Law Firm**
**P.O. Box 80369**
**Lafayette, LA 70598-0369**
**(337) 235-4576**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Opelousas General Hospital**